IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERRY BEALE, JR.**     **PETITIONER**

v.     No. 3:24CV303-MPM-DAS

**MARCUS MCCLURE, ET AL.**     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice. In addition, for the reasons discussed in the court's memorandum opinion, the petitioner's motion [16] to extend the deadline to file a reply is **DENIED**.

**SO ORDERED**, this, the 25th day of November, 2025.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI